P. J. Broderick, Loyde Haas and William J. Davis, Plaintiffs-Appellants, v. The County of Carroll, William Geisz, Allen Airhart, Jean Airhart, and the Department of Public Works and Buildings of the State of Illinois, Defendants-Appellees.

Gen. No. 11,750.

Second District, Second Division.

October 14, 1963.

Jacob Cantlin and Donald E. Blodgett, of Rock Falls, for appellants; William B. Petty, State's Attorney, of Mount Carroll, for appellees, County of Carroll and William Geisz, and Robert W. Weissmiller, of Mount Carroll, for appellees, Allen Airhart and Jean Airhart. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.